UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 20-03719-CJC-JC                                    Date:  May 7, 2020

Title: DOCVERIFY, INC. V. GOLD MEDAL MEDIA GROUP LLC, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On April 23, 2020, Plaintiff DocVerify, Inc. filed this declaratory judgment action against Defendants Gold Medal Media Group, LLC ("Gold Media") and Scott Robert Perreault.  (Dkt. 1 [Complaint].)  Plaintiff seeks a judicial declaration that it did not breach a contract that the parties signed in July 2019.  (*Id.* ¶ 36.)  Plaintiff asserts that this Court has diversity jurisdiction over this matter because the parties are completely diverse and the amount in controversy exceeds $75,000.  (*Id.* ¶ 13.)

Plaintiff is a company that provides "a digital platform wherein notary publics are able to electronically and remotely at some point in 2019 provide notary services."  (*Id.* ¶ 1.)  Defendant Perreault is a notary public who signed a contract with Plaintiff that gave him access Plaintiff's digital platform.  (*Id.* ¶ 17.)  Perreault apparently became unhappy with the Plaintiff's services and contends that Plaintiff beached the parties' agreement.  (*Id.* ¶ 27.)  Plaintiff admits that Perreault spent less than $1,000 on its services over the course of the parties' relationship.  (*Id.* ¶ 26.)  In light of this admission, the Court is highly skeptical that the amount in controversy exceeds $75,000.

Accordingly, the Court hereby orders Plaintiff to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction.  Plaintiff shall file a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 20-03719-CJC-JC                              Date:  May 7, 2020
                                                          Page 2

response to the Court's order to show cause by May 14, 2020.  Failure to respond to this order will result in dismissal of this action.

cl

MINUTES FORM 11
CIVIL-GEN                                                 Initials of Deputy Clerk GGA